we modify the judgment by vacating the sentence imposed for attempted sexual abuse in the first degree, and we remit the matter to Oneida County Court for resentencing on that count. In view of the heinous nature of the offenses, the sentence is otherwise neither unduly harsh nor severe. (Appeal from Judgment of Oneida County Court, Buckley, J.—Murder, 2nd Degree.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. BROWN, Appellant. (Appeal No. 2.) [678 NYS2d 757] —Judgment unanimously modified on the law and as modified affirmed and matter remitted to Oneida County Court for resentencing in accordance with the same Memorandum as in *People v Brown* (254 AD2d 781 [decided herewith]). (Appeal from Judgment of Oneida County Court, Buckley, J.—Attempted Sexual Abuse, 1st Degree.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.

■ FREDERICK CAPIZZI et al., Respondents, et al., Plaintiff, v SECURITY MUTUAL INSURANCE COMPANY, Appellant, et al., Defendant. (Appeal No. 1.) [678 NYS2d 704] —Appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.— Interest.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.

■ FREDERICK CAPIZZI et al., Respondents, et al., Plaintiff, v SECURITY MUTUAL INSURANCE COMPANY, Appellant, et al., Defendant. (Appeal No. 2.) [677 NYS2d 838] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Property owned by plaintiffs Frederick Capizzi and Kathleen Capizzi (Capizzis) and subject to a mortgage held by plaintiff Beneficial Finance Homeowner Service Corporation (Beneficial) sustained fire damage on April 10, 1995. The property was insured against fire loss by defendant Security Mutual Insurance Company (Security Mutual). The policy contained a standard mortgage clause providing that any loss be first payable to the mortgagee to the extent of its interest.

After Security Mutual disclaimed coverage, plaintiffs commenced this action seeking, *inter alia*, $30,064.66 for fire loss damages. Supreme Court granted plaintiffs' cross motion for partial summary judgment on liability against Security Mutual, and on May 21, 1997, Beneficial submitted a proof of loss to Security Mutual in the amount of $30,064.66. On June 5, 1997, Security Mutual paid that amount to Beneficial, which